# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-2652
_____

United States of America

*Plaintiff - Appellee*

v.

Terrini Trenise Griffin

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: December 28, 2020
Filed: December 31, 2020
[Unpublished]
_____

Before LOKEN, WOLLMAN, and KOBES, Circuit Judges.
_____

PER CURIAM.

Terrini Trenise Griffin appeals after the district court[1] revoked her most recent grant of conditional release and sentenced her to four months in prison, followed by

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

eighteen months of supervised release. Her counsel has moved to withdraw and has filed a brief, asserting that Griffin's sentence of incarceration with supervised release is substantively unreasonable.

We note that Griffin was released from federal prison on October 16, 2020. We conclude that her revocation sentence is not moot, see United States v. Melton, 666 F.3d 513, 514 n.3 (8th Cir. 2012), and that the revocation prison term and supervised release term were both substantively reasonable. The district court sufficiently considered the relevant statutory sentencing factors and did not give significant weight to an improper factor or commit a clear error of judgment. See 18 U.S.C. §§ 3553(a), 3583(e); United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009) (standard of review). Furthermore, the prison term was below the applicable policy statement range in the Guidelines, see United States v. Feemster, 572 F.3d 455, 464 (8th Cir. 2009) (en banc), and both terms were below the statutory limits, see 18 U.S.C. § 3583(b)(2), (e)(3), (h).

Accordingly, we affirm the judgment and grant counsel's motion to withdraw.

_____